AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 23 2018

David J. Bradley, Clerk of Court

United States of America
v.
Jose Martin CARMONA-Gonzalez
MX CTZ YOB: 1972

Defendant(s)

Case No. M-18-1085-M-02

UNSEALED 5/23/18

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 18, 2018__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 554, & 2 | Did knowingly and unlawfully export or attempt to export from the United States, any merchandise, article, or object, to wit: a M203 Launcher Barrel, as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2278(b)(2) and 2278(c) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1 and 127.3 all in violation of Title 18, United States Code, Section 554. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved:
Robert Wells A AUSA
5/23/2018

_____
Complainant's signature

Ryan McTaggart Special Agent HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: May 23, 2018 4:12 pm

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, United States Magistrate Judge
Printed name and title

Attachment "A"

On May 18, 2018, as part of an ongoing firearms trafficking investigation, Homeland Security Investigations (HSI) Special Agents (SA) encountered Jose Martin CARMONA-Gonzalez (hereafter referred to as CARMONA-Gonzalez) at a residence in Brownsville, Texas. CARMONA-Gonzalez consented to a search of CARMONA-Gonzalez vehicle, located at the residence, which resulted in the discovery of a package addressed to Maria Ramirez at an address in Brownsville, Texas. CARMONA-Gonzalez stated CARMONA-Gonzalez resided at the address on the package and that no one named Maria Ramirez resided with CARMONA-Gonzalez. CARMONA-Gonzalez also stated the package contained a launcher tube.

CARMONA-Gonzalez consented to SAs opening the package and the package was found to contain an M203 grenade launcher barrel.

During a post Miranda interview, CARMONA-Gonzalez stated CARMONA-Gonzalez had been contacted by an unnamed co-conspirator, in Mexico, who recruited CARMONA-Gonzalez to receive packages ordered by the unnamed co-conspirator in Mexico at CARMONA-Gonzalez residence.

CARMONA-Gonzalez stated CARMONA-Gonzalez knew the package contained a grenade launcher barrel and that the M203 launcher barrel was destined to be smuggled into Mexico by additional criminal co-conspirators.

CARMONA-Gonzalez stated CARMONA-Gonzalez knew it was illegal to smuggle the launcher barrel into Mexico.

According to the Department of State, Office of Defense Trade Controls Compliance (DTCC), M203 launcher tubes are determined to be a defense article described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (22 U.S.C. 2778).